JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHYLLIS GAY,<br><br>    Plaintiff,<br><br>    v.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br><br>    Defendant. | No. 2:25-cv-03803-MRA-PD<br><br>JUDGMENT |

Having approved the parties' joint stipulation to voluntarily remand pursuant to sentence four of 42 U.S.C. § 405(g) and to entry of judgment, THE COURT ADJUDGES AND DECREES that judgment is entered for Plaintiff.

Date: August 22, 2025

_____
HON. MONICA RAMIREZ ALMADANI
United States District Court Judge